IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| BHASKAR SAVANI; ARUN SAVANI; NIRANJAN SAVANI; SUNIL PHILLIP; AMEN DHYLLON; ALEKSANDRA RADOMIAK; JON JULIAN; VIVEK SAVANI; BHARATKUMAR PARASANA; HITESHKUMAR GOYANI; PIYUSHA PATEL; and SUSAN MALPARTIDA, | : CRIMINAL NO. 2:23-cr-00016-JLS |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant Aleksandra Radomiak's Unopposed Motion to Temporarily Modify Conditions of Release, wherein she seeks permission to travel outside of the Eastern District of Pennsylvania to the District of New Jersey from Friday, June 21, 2024, through Monday June 24, 2024, to attend her nephew and Godson's wedding in Belmar, New Jersey, and related events, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
**THE HONORABLE JEFFREY L. SCHMEHL**
United States District Judge