IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| BHASKAR SAVANI; ARUN SAVANI; | : | |
| NIRANJAN SAVANI; SUNIL PHILLIP; AMEN | : | CRIMINAL NO. 2:23-cr-00016-JLS |
| DHYLLON; ALEKSANDRA RADOMIAK; JON | : | |
| JULIAN; VIVEK SAVANI; BHARATKUMAR | : | |
| PARASANA; HITESHKUMAR GOYANI; | : | |
| PIYUSHA PATEL; and SUSAN MALPARTIDA, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## **ORDER**

AND NOW, this \_\_4th\_\_ day of \_\_\_\_June_____, 2024, upon consideration of
Defendant Aleksandra Radomiak's Unopposed Motion to Temporarily Modify Conditions of
Release, wherein she seeks permission to travel outside of the Eastern District of Pennsylvania to
the District of New Jersey from Friday, June 21, 2024, through Monday June 24, 2024, to attend
her nephew and Godson's wedding in Belmar, New Jersey, and related events, it is hereby
ORDERED that the Motion is GRANTED.

BY THE COURT:

\_\_\_/s/ Jeffrey L. Schmehl_____
**THE HONORABLE JEFFREY L. SCHMEHL**
United States District Judge