IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No.  2:23-CR-16-9** |
| | : | |
| vs. | : | |
| | : | |
| **BHARATKUMAR PARASANA** | : | |
| | : | |

## ORDER

AND NOW, on this __12th__ day of June, 2024, it is hereby ORDERED that the Defendant shall pick up his Indian passport from United States Clerk's Office in the Eastern District of Pennsylvania on Thursday, June 13th at 10:30 AM and return it to the Clerk's Office the same day no later than 2:30 PM. The Defendant will contact Pretrial Services prior to 2:30 PM if he becomes delayed at the PennDOT office and will not be able to return the passport by 2:30 PM. The passport is to be used for the sole purpose of renewing Mr. Parasana's driver's license.

BY THE COURT:

/s/ Jeffrey L. Schmehl
HON. JEFFREY L. SCHMEHL
United States District Judge