IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 23-16 |
| **BHASKAR SAVANI,** | : | |
| a/k/a "Dr. B," | | |
| **ARUN SAVANI** | : | |
| **NIRANJAN SAVANI,** | | |
| a/k/a "Nin," | : | |
| **SUNIL PHILIP,** | | |
| a/k/a "A. Philipose," | : | |
| **AMEN DHYLLON,** | | |
| a/k/a "Dr. Amen, | : | |
| **ALEKSANDRA ROMADIAK,** | | |
| a/k/a "Ola," | : | |
| **JON JULIAN** | | |
| **VIVEK SAVANI** | : | |
| **BHARATKUMAR PARSANA,** | | |
| a/k/a "Kumar," | : | |
| **HITESH GOYANI** | | |
| **PIYUSHA PATEL** | : | |
| **SUSAN MALPARTIDA** | | |

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-captioned criminal case has been commenced by filing of an Indictment and is now pending in the United States District Court for the Eastern District of Pennsylvania.

In the pending criminal proceeding, there is probable cause to believe that the real property described below and commonly known as **1293 Savani Circle, Horsham PA, 19002 Parcel No. 360002174535**, would in the event of conviction, be subject to forfeiture pursuant to 18 U.S.C. § 1963.

The name of the person(s) whose interest is intended to be affected is **Bhaskar Savani, Arun Savani, and Niranjan Savani.**

The property to be forfeited by reason of the foregoing, and to which this Lis Pendens refers, is recorded at the Montgomery County Recorder of Deeds, **Parcel No. 360002174535**, as owned by Arun M. Savani and Apexa A. Savani, his wife, and Bhaskar M. Savani, and Daksha B. Savani, his wife, and Niranjan M. Savani and Rekha N. Savani, his wife.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, Pennsylvania.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney


 */s/ Sarah L. Grieb*
SARAH L. GRIEB
Assistant United States Attorney

Dated: December 5, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December 2024, I caused a true and correct copy of the Notice of Lis Pendens to be served on all counsel by CM/ECF.

　　　　　　　　　　　　　　　　　　　*/s/ Sarah L. Grieb*
　　　　　　　　　　　　　　　　　　　SARAH L. GRIEB
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**Date**: December 5, 2024