IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 23-16 |
| BHASKAR SAVANI, et al. | : | |

# NOTICE

TAKE NOTICE that a TELEPHONE CONFERENCE is set for **WEDNESDAY, DECEMBER 11, 2024, at 11:30 A.M.** before the Honorable Jeffrey L. Schmehl. The government shall circulate a teleconference number to all parties.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendants are on bail.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: Tanya L. Allender
Courtroom Deputy to J. Schmehl
Phone: 610.320.5030

Date: 12/5/24

cc via email: Defense Counsel
U.S. Attorney's Office
Probation Office
Pretrial Services

crnotice (July 2021)